# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

ERIK LEE GLASS,                                     3:12-CV-00627-AC

                                                    **JUDGMENT OF REMAND**

            Plaintiff,

v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER
SOCIAL SECURITY,

            Defendant.


Based on the Court's Opinion and Order (#28) issued August 20, 2013, **IT IS ADJUDGED**

this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g)

for the immediate calculation and award of benefits.

Dated this 20th day of August, 2013.

_____
ANNA J. BROWN
United States District Judge


JUDGMENT OF REMAND