IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ERIK LEE GLASS,

            Plaintiff,

v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER
SOCIAL SECURITY,

            Defendant.

3:12-CV-00627-AC

**JUDGMENT OF REMAND**

Based on the Court's Opinion and Order (#28) issued August 20, 2013, **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits.

Dated this 20th day of August, 2013.

                                                /s/ Anna J. Brown
                                                ANNA J. BROWN
                                                United States District Judge

JUDGMENT OF REMAND